UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CONRAD RICHARD

VERSUS

MARTHA J. LAMBIE, ET AL.

CIVIL ACTION

15-244-SDD-EWD

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated July 31, 2017. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, under sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security, granting a partial waiver of over payments made to Plaintiff from 1/1/2002 to 5/1/2010, is affirmed and this action is to be dismissed.

Baton Rouge, Louisiana the 16 day of August, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 56.
[3] Rec. Doc. 57.